DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAYCOBBY R. DUKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2179

[November 4, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 502014CF006113XXXXMB.

Jaycobby R. Dukes, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***